

NUMBER 13-15-00113-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### IN THE INTEREST OF L.J.C.S., MINOR CHILD

### On appeal from the County Court at Law No. 5 of Nueces County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Longoria Memorandum Opinion Per Curiam

Appellant, April Cantu, attempted to perfect an appeal from a final order signed by the County Court at Law No. 5, Nueces County, Texas, in cause no. 2014-FAM-60639-5. Upon review of the documents before the Court, it appeared that there was no final, appealable judgment. On March 11, 2015, the Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3. Appellant was advised that, if the defect was not corrected

within ten days from the date of receipt of the notice, the appeal would be dismissed for want of jurisdiction. Appellant failed to respond to the Court's notice.

The Nueces County Clerk's Office has informed this Court that no final judgment has been entered in this case. In terms of appellate jurisdiction, appellate courts only have jurisdiction to review final judgments and certain interlocutory orders identified by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).

The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a),(c).

PER CURIAM

Delivered and filed the
16th day of April, 2015.

2